ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Ashford Leebcor Enterprises, LLC | ) ASBCA No. 62617 |
| | ) |
| Under Contract No. W912QR-18-C-0018 | ) |

APPEARANCES FOR THE APPELLANT:        Susan Childers North, Esq.
                                       Jonathan W. Gonzalez, Esq.
                                         Gordon Rees Scully Mansukhani, LLP
                                         Williamsburg, VA

                                       Patrick K. Burns, Esq.
                                       Jeremy D. Camacho, Esq.
                                         Gordon Rees Scully Mansukhani, LLP
                                         Alexandria, VA

                                       Douglas L. Patin, Esq.
                                         Bradley Arant Boult Cummings LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Kristine M. Knodel, Esq.
                                       David C. Brasfield, Jr., Esq.
                                         Engineer Trial Attorneys
                                         U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The parties have settled the dispute and jointly move to dismiss this appeal with prejudice. We grant the motion and dismiss this appeal with prejudice.

Dated: July 6, 2023

_____
DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62617, Appeal of Ashford Leebcor Enterprises, LLC, rendered in conformance with the Board's Charter.

Dated:  July 6, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals